## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

TINA LOUSIE CLAYTON,

     Plaintiff,

v.

AIG DIRECT INSURANCE SERVICES,
INC.,

     Defendant.

Case No.  1:17-cv-01502-TWP-MJD

Honorable Judge Tanya W. Pratt

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, TINA

LOUSIE CLAYTON, and the Defendant, AIG DIRECT INSURANCE SERVICES, INC, through

their respective counsel that the above-captioned action is dismissed, with prejudice, pursuant to

Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney's fees.

Dated: February 5, 2018

Respectfully Submitted,

**TINA LOUSIE CLAYTON**

/s/ Taxiarchis Hatzidimitriadis
Taxiarchis Hatzidimitriadis
*Counsel for Plaintiff*
Sulaiman Law Group, LTD
2500 S. Highland Avenue, Suite 200
Lombard, Illinois 60148
Phone: (630) 575-8181
Fax :(630) 575-8188
thatz@sulaimanlaw.com

**AIG DIRECT INSURANCE SERVICES,
INC**

/s/ Brian S. Jones (*with consent*)
Brian S. Jones
*Counsel for Defendant*
Bose McKinney & Evans LLP
111 Monument Circle, Suite 2700
Indianapolis, IN 46204
Phone: (317) 684-5462
B.Jones@boselaw.com